NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEMARIO M. WILLIAMS, )
)
        Appellant, )
)
v. )        Case No. 2D18-4004
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark Kiser,
Judge.

Demario M. Williams, pro s.

PER CURIAM.

        Affirmed.  See State v. Richardson, 915 So. 2d 86 (Fla. 2005); McCall v.

State, 862 So. 2d 807 (Fla. 2d DCA 2003); Perry v. State, 808 So. 2d 268 (Fla. 1st DCA

2002); Edwards v. State, 743 So. 2d 76 (Fla. 5th DCA 1999).


CASANUEVA, SILBERMAN, and ATKINSON,JJ., Concur.